IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:04CR3110 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **MEMORANDUM** |
| | ) | **AND ORDER** |
| LEUTH PHETVIHANH, | ) | |
| | ) | |
| Defendant. | ) | |

This matter comes on to consider the defendant's motion to continue sentencing (filing 39). Having considered the matter,

IT IS ORDERED that:

(1) The defendant's motion to continue sentencing (filing 39) is granted;

(2) Defendant Phetvihanh's evidentiary hearing and sentencing are continued before the undersigned United States district judge to Wednesday, June 29, 2005, from 12:30-1:30 p.m., in Courtroom No. 1, United States Courthouse and Federal Building, 100 Centennial Mall North, Lincoln, Nebraska. Since this is a criminal case, the defendant shall be present unless excused by the court.

DATED this 10th day of June, 2005.

BY THE COURT:

s/ Richard G. Kopf
United States District Judge