IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | 4:04CR3110 |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | **ORDER** |
| LEUTH PHETVIHANH, | ) | |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED that the defendant's motion to release bond (filing 52) is granted. The Clerk shall pay the proceeds of the bond to Franklin E. Miner, on behalf of the defendant. See receipt for bond monies dated October 14, 2004 (text entry).

January 6, 2006.                    BY THE COURT:

                                    s/ *Richard G. Kopf*
                                    United States District Judge